# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES F. MCGUCKIN M.D., *Individually, and as an Owner/Manager/Operator of the Following Ambulatory Surgical Facilities*: AMBULATORY CARE SPECIALISTS OF CRANBERRY, LLC; PERIPHERAL VASCULAR INSTITUTE OF PHILADELPHIA, LLC; MAIN LINE VASCULAR INSTITUTE, LLC; and, LEHIGH VALLEY VASCULAR INSTITUTE, LLC | : : : : : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-0641 |
| v. | | |
| GARRISON GLADFELTER, JR. and DR. RACHEL LEVINE | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 19th day of September 2019, it is hereby ORDERED that on or before October 3, 2019, Plaintiff shall SHOW CAUSE in writing duly filed via the court's Electronic Case Filing ("ECF") system, as to why its claims against Defendants should not be DISMISSED for WANT OF PROSECUTION. Failure to comply with this Order may result in dismissal without further notice.

BY THE COURT:

/s/  C. Darnell Jones, II    J.